| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

ENTERTAINMENT BY J & J, INC., §
§
      Plaintiff, §
§
versus    §   CIVIL ACTION H-01-2514
§
AL-WAHA ENTERPRISES, INC. a/k/a §
EL-MIRAGE MEDITERRANEAN CUISINE §
d/b/a EL-MIRAGE a/k/a EL-MIRAGE §
RESTAURANT and IYAD OMAR KHALIL, §
§
      Defendants. §

United States Courts
Southern District of Texas
ENTERED
JUL 2 5 2002
Michael N. Milby, Clerk of Court

## FINAL JUDGMENT

In accordance with the Memorandum and Order signed July 24, 2002, rendering judgment in favor of Plaintiff Entertainment by J & J, Inc. against Defendant Al-Waha Enterprises, Inc. a/k/a El-Mirage Mediterranean Cuisine d/b/a El-Mirage a/k/a El-Mirage Restaurant and the Order of Dismissal signed July 23, 2002, dismissing Plaintiff's claims against Defendant Iyad Omar Khalil due to his pending, personal bankruptcy action, the court enters final judgment in favor of Plaintiff Entertainment by J & J, Inc.

It is ORDERED that Entertainment by J & J, Inc. recover of Al-Waha Enterprises, Inc. a/k/a El-Mirage Mediterranean Cuisine d/b/a El-Mirage a/k/a El-Mirage Restaurant:

    Statutory damages of $15,000;

    Attorney's fees of $4,000; and

    Postjudgment interest on the total of $19,000 at the rate of 1.97% per annum, compounded annually, until paid.

This is a FINAL JUDGMENT.



SIGNED at Houston, Texas, this 24th day of July, 2002.

                                                    Marcia A. Crone
                                          United States Magistrate Judge